UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMIK AZATOVICH ARUTYUNYAN, Petitioner, v. DAVID W. JENNINGS, et al., Respondents. | Case No. 18-cv-06624-VC (PR) **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On October 31, 2018, Romik Arutyunyan, a federal detainee proceeding pro se, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On November 15, December 24, 2018 and January 2, 2019, court mail was returned as undeliverable because Arutyunyan was out of custody. Pursuant to Northern District Civil Local Rule 3-11, a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* Civil L.R. 3-11(a). The court may, without prejudice, dismiss a complaint when: (1) court mail addressed to the pro se party has been returned to the court as not deliverable, and (2) the court fails to receive within 60 days of this return a written communication from the pro se party indicating a current address. *See* Civil L.R. 3-11(b).

More than 60 days have passed since the mail sent to Arutyunyan on November 15, 2018 was returned as undeliverable and the court has not received a notice from Arutyunyan of his

current address. Accordingly, the petition is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules. The clerk is directed to terminate all pending motions.

**IT IS SO ORDERED.**

Dated: January 17, 2019

VINCE CHHABRIA
United States District Judge